JONATHAN A. STIEGLITZ, ESQ.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 750
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:   (323) 488-6748

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### CENTRAL DIVISION

| | |
|---|---|
| KIMBERLY NIELSEN,<br><br>            Plaintiff,<br><br>      vs.<br><br><br>ACCOUNT MANAGEMENT SERVICES, INC.<br><br>            Defendant | Case No.: 8:16-cv-01289-AG-JCG<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

[Notice of Dismissal] - 1

PLEASE TAKE NOTICE that whereas no opposing party has served either an answer or a motion for summary judgment, Plaintiff Kimberly Nielsen ("Plaintiff"), by and through his attorneys, The Law Offices of Jonathan A. Stieglitz, herby voluntarily dismisses the above captioned action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  September 1, 2016

        THE LAW OFFICES OF
        JONATHAN A. STIEGLITZ

By:    /s/ Jonathan A Stieglitz
      Jonathan A Stieglitz